**Order entered April 17, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00067-CV

## CONVERGENCE AVIATION, INC. AND CONVERGENCE AVIATION, LTD., Appellants

**V.**

## ONALA AVIATION, LLC, Appellee

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-06541**

## ORDER

Before the Court is appellants' April 15, 2019 agreed second motion to extend time to file their brief and April 17, 2019 supplement. As the basis for the extension, appellants assert the clerk's record is incomplete. They explain the appeal "stems, in significant part from the fact that the underlying case was barred by res judicata and claim preclusion[,]" as they had obtained a judgment against appellee in trial court cause number DC-15-06688 on May 13, 2016. They note the clerk's record that has been filed contains documents concerning cause number DC-15-06688 only, and that, although they have "repeatedly requested" a record containing the documents concerning the underlying cause, the record has yet to be filed. We **GRANT** the motion as follows.

We **ORDER** Dallas County District Clerk, Felicia Pitre, to file a supplemental record containing the items appellants have designated in the underlying cause no later than April 28, 2019. We **SUSPEND** the briefing deadline pending the filing of the record. The Court will set a new deadline once the record is reviewed and a determination is made as to the Court's jurisdiction over the appeal.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/     ERIN A. NOWELL
        JUSTICE